AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| GRIZZLY GENERAL CONTRACTORS, CORP. (dba GRIZZLY SEPTIC SERVICES); WILLIAM and STEPHANIE GONZALES; and JOHN DOES and JANE DOES 1-50, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| KITSAP PUBLIC HEALTH DISTRICT, a Washington State accredited public health agency; ONLINE RME, LLC, a Washington State and Oregon State Limited Liability Company; (See attachment #1) | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 3:24-cv-05583-BHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KITSAP PUBLIC HEALTH DISTRICT, a Washington State accredited public health agency:
Kitsap County Auditor
619 Division St. 3rd Floor
Port Orchard, WA 98366

(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward C. Chung, Esq.
CHUNG, MALHS & MANTEL, PLLC
1037 NE 65th Street, Suite 80171
Seattle, WA 98115
echung@cmmlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____07/19/2024_____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-05583-BHS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

1
2
3 **ATTACHMENT #1**
4
5
6 **IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF WASHINGTON (SEATTLE)**

7 | **GRIZZLY GENERAL CONTRACTORS, CORP.** (*dba*, **GRIZZLY SEPTIC SERVICES),** *a Washington State Corporation;* and **WILLIAM and STEPHANIE GONZALES,** *Washington State residents and a marital community; and* **JOHN DOES AND JANE DOES** 1-50 | **CASE NO.:** |
8 | | |
9 | | |
10 | | **ATTACHMENT #1 TO SUMMONS IN A CIVIL ACTION** |
11 | **Plaintiffs,** | |
12 | v. | |
13 | **KITSAP PUBLIC HEALTH DISTRICT,** *a Washington State accredited public health agency*, **ONLINE RME, LLC,** *a Washington State and Oregon State Limited Liability Company*, **E-ONSITE, LLC,** *a Washington State Limited Liability Company*, **ORENCO SYSTEMS, INC.,** *an Oregon for Profit Corporation and co-owner of Online RME, LLC,* **ERIC EVANS, INDIVIDUALLY AND HIS MARITAL COMMUNITY,** *Washington State residents and co-owners of Online RME, LLC and Eonsite, LLC,* **EDWIN NORTH, INDIVIDUALLY AND HIS MARITAL COMMUNITY,** *Washington State residents and co-owners of Online RME, LLC and Eonsite, LLC,* **MIKE HARMON, INDIVIDUALLY AND HIS MARITAL COMMUNITY,** *Washington State residents and co-owners of Online RME, LLC,* **HAROLD L BALL, INDIVIDUALLY AND HIS MARITAL COMMUNITY,** *Oregon residents and co-owner of Orenco Systems, Inc. and* **JOHN DOES AND JANE DOES** 1-50, | |
14 | | |
15 | | |
16 | | |
17 | | |
18 | | |
19 | | |
20 | | |
21 | | |
22 | | |
23 | | |
24 | | |
25 | | |
26 | | |
27 | **Defendants.** | |
28



**CHUNG, MALHAS & MANTEL, PLLC**
1037 NE 65TH Street, Suite #80171
Seattle, Washington 98119
Office Phone: (206) 264-8999      Facsimile (206) 264-9098

1
2
3 **ATTACHMENT #2**
4
5 **IN THE UNITED STATES DISTRICT COURT FOR**
6 **THE WESTERN DISTRICT OF WASHINGTON (SEATTLE)**

| | |
|---|---|
| 7  **GRIZZLY GENERAL CONTRACTORS, CORP.** (*dba,* **GRIZZLY SEPTIC** | |
| 8  **SERVICES),** *a Washington State Corporation;* and **WILLIAM and STEPHANIE** | **CASE NO.:** |
| 9  **GONZALES,** *Washington State residents and a* | |
| 10  *marital community; and* **JOHN DOES AND JANE DOES** 1-50 | **ATTACHMENT #2 TO SUMMONS IN A CIVIL ACTION** |
| 11 | |
| 12                        **Plaintiffs,**   v. | **TO: DEFENDANTS** |
| 13  **KITSAP PUBLIC HEALTH DISTRICT,** *a* | |
| 14  *Washington State accredited public health agency,* **ONLINE RME, LLC,** *a Washington* | |
| 15  *State and Oregon State Limited Liability Company,* **E-ONSITE, LLC,** *a Washington State* | |
| 16  *Limited Liability Company,* **ORENCO SYSTEMS, INC.,** *an Oregon for Profit* | |
| 17  *Corporation and co-owner of Online RME, LLC,* **ERIC EVANS, INDIVIDUALLY AND HIS** | |
| 18  **MARITAL COMMUNITY,** *Washington State residents and co-owners of Online RME, LLC* | |
| 19  *and Eonsite, LLC,* **EDWIN NORTH,** | |
| 20  **INDIVIDUALLY AND HIS MARITAL COMMUNITY,** *Washington State residents and* | |
| 21  *co-owners of Online RME, LLC and Eonsite, LLC,* **MIKE HARMON, INDIVIDUALLY** | |
| 22  **AND HIS MARITAL COMMUNITY,** *Washington State residents and co-owners of* | |
| 23  *Online RME, LLC,* **HAROLD L BALL,** | |
| 24  **INDIVIDUALLY AND HIS MARITAL COMMUNITY,** *Oregon residents and co-* | |
| 25  *owner of Orenco Systems, Inc. and* **JOHN** | |
| 26  **DOES AND JANE DOES** 1-50, | |
| 27                        **Defendants.** | |

28



**CHUNG, MALHAS & MANTEL, PLLC**
1037 NE 65TH Street, Suite #80171
Seattle, Washington 98119
Office Phone: (206) 264-8999      Facsimile (206) 264-9098

**DEFENDANTS TO BE SERVED:**

**KITSAP PUBLIC HEALTH DISTRICT,** *a Washington State accredited public health agency*
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

Kitsap County Auditor
619 Division St. 3rd Floor
Port Orchard, WA 98366

**ONLINE RME, LLC**, *a Washington State and Oregon State Limited Liability Company*
Eric Evans, Registered Agent
11526 Kirkland Ln. NW
Silverdale, WA 98383-9617

**E-ONSITE, LLC**, *a Washington State Limited Liability Company*
11526 Kirkland Ln. NW
Silverdale, WA 98383-9617

**ORENCO SYSTEMS, INC.,** *an Oregon for Profit Corporation and co-owner of Online RME, LLC*
Angela M. Antonio, Registered Agent
814 Airway Ave.
Sutherlin, Oregon 97479

**ERIC EVANS**, *Individually and his marital community, Washington State residents and co-owners of Online RME, LLC and Eonsite, LLC*
11526 Kirkland Lane NW
Silverdale, WA 98383

**EDWIN NORTH**, *Individually and his marital community, Washington State residents and co-owners of Online RME, LLC and Eonsite*, LLC
5304 NE See Forever Lane
Poulsbo, WA 98370

**MIKE HARMON**, *Individually and his marital community, Washington State residents and co-owners of Online RME, LLC*
1408 Duke Ave.
Sutherlin, Oregon 97479

**HAROLD L BALL,** *Individually and his marital community, Oregon residents and co-owner of Orenco Systems, Inc*
1712 Colonial Road
Roseburg, Oregon 97471



CHUNG, MALHAS & MANTEL, PLLC
1037 NE 65TH Street, Suite #80171
Seattle, Washington 98119
Office Phone: (206) 264-8999     Facsimile (206) 264-9098