# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| **GRIZZLY GENERAL CONTRACTORS, CORP.** (dba GRIZZLY SEPTIC SERVICES), a Washington State Corporation; and **WILLIAM** and **STEPHANIE GONZALES**, Washington State Residents and a marital community; and **JOHN DOES AND JANE DOES 1-50**, <br><br> Plaintiffs, <br><br> vs. <br><br> **KITSAP PUBLIC HEALTH DISTRICT**, a Washington State accredited public health agency, **ONLINE RME, LLC,** a Washington and Oregon State Limited Liability Company, **E-ONSITE, LLC,** a Washington State Limited Liability Company, **ORENCO SYSTEMS, INC.,** an Oregon for Profit Corporation and co-owner of Online RME, LLC, **ERIC EVANS,** individually and his marital community, Washington State residents and co-owners of Online RME, LLC and E-Onsite, LLC, **EDWIN NORTH,** individually and his marital community, Washington State Residents and co-owners of Online RME, LLC and E-Onsite, LLC, **MIKE HARMON,** individually and his marital community, Washington State residents and co-owners of Online RME, | Case No. **3:24-CV-05583-BHS** <br><br> **NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE - Page 1

LLC, **HAROLD L. BALL,** individually and his marital community, Oregon residents and co-owner of Orenco Systems, Inc., and **JOHN DOES** and **JANE DOES 1-50,**

Defendants.

**PLEASE TAKE NOTICE** that Defendants Kitsap Public Health District, Eric Evans, and Edwin North, hereby enter their appearance in the above-referenced matter by and through their attorney Christopher J. Kerley, of Evans, Craven & Lackie, P.S., and requests that all further pleadings and papers (except process) be served upon the undersigned attorney, at the address below:

**CHRISTOPHER J. KELREY, WSBA 16489**
Evans, Craven & Lackie, P.S.,
818 W. Riverside Ave., Suite #250, Spokane, WA 99201
P: (509) 455-5200 | F: (509) 455-3632
E: ckerley@ecl-law.com

**DATED** this 23 day of July, 2024.

EVANS, CRAVEN & LACKIE, P.S.

_____
**CHRISTOPHER J. KERLEY, WSBA #16489**
*Attorneys for Defendants Kitsap Public Health District, Eric Evans, and Edwin North.*
818 W. Riverside, Suite #250, Spokane, WA 99201
P: (509) 455-5200 | F: (509) 455-3632

NOTICE OF APPEARANCE - Page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite #250
Spokane, WA 99201-0910
P: (509) 455-5200 | F: (509) 455-3632

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25rd day of July, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Counsel for Plaintiffs:</u>

| | |
|---|---|
| **EDWARD C. CHUNG, WSBA #34292**<br>Chung, Malhas & Mantel, PLLC<br>1037 NE 65th St., Suite #80171<br>Seattle, WA 98115<br>E: Echung@cmmlawfirm.com | VIA REGULAR MAIL [✓]<br>VIA CERTIFIED MAIL [ ]<br>VIA FACSIMILE [ ]<br>HAND DELIVERED [ ]<br>VIA CM/ECF SYSTEM [✓]<br>EMAIL [ ] |

_____
CHYANNE C. ISOM

NOTICE OF APPEARANCE - Page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite #250
Spokane, WA 99201-0910
P: (509) 455-5200 | F: (509) 455-3632