**THE HONORABLE BENJAMIN H. SETTLE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GRIZZLY GENERAL CONTRACTORS, CORP. (dba, GRIZZLY SEPTIC SERVICES), a Washington State Corporation; and WILLIAM and STEPHANIE GONZALES, Washington State residents and a marital community; and JOHN DOES AND JANE DOES 1-50,

    Plaintiffs,

  v.

KITSAP PUBLIC HEALTH DISTRICT, a Washington State accredited public health agency, ONLINE RME, LLC, a Washington State and Oregon State Limited Liability Company, E-ONSITE, LLC, a Washington State Limited Liability Company, ORENCO SYSTEMS, INC., an Oregon for Profit Corporation and co-owner of Online RME, LLC ERIC EVANS, individually and his marital community, Washington State residents and co-owners of Online RME, LLC and Eonsite, LLC, EDWIN NORTH, individually and his marital community, Washington State residents and co-owners of Online RME, LLC and Eonsite, LLC, MIKE HARMON, individually and his marital community, Washington State residents and co-owners of Online RME, LLC, HAROLD L. BALL, individually and his marital community, Oregon residents and co-owner of Orenco Systems, Inc. and JOHN DOES and JANE DOES 1-50,

    Defendants.

CASE NO. 3:24-cv-05583 BHS

**NOTICE OF APPEARANCE**

DEFENDANTS ORENCO SYSTEMS, INC. AND HAROLD L. BALL'S NOTICE OF APPEARANCE - 1
CASE NO. 3:24-CV-05583 BHS

**TO:**        **THE CLERK OF THE COURT;**

**AND TO:**     **ALL COUNSEL OF RECORD.**

Please take notice that the undersigned attorneys hereby enter their appearance as counsel of record for defendants Orenco Systems, Inc. and Harold L. Ball, individually and his marital community ("Orenco Defendants") in the above captioned action.  Without waiving any claim, defense, or objection, it is respectfully requested that all further notices, correspondence, filings, pleadings, orders, and other documents, except for original process, be served upon the undersigned as counsel of record for Orenco Defendants.

RESPECTFULLY SUBMITTED this August 22, 2024.

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/ R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400
(riojas@goldfarb-huck.com)

*/s/ Kimberlee L. Gunning*
Kimberlee L. Gunning, WSBA No. 35366
(gunning@goldfarb-huck.com)

925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Telephone: (206) 452-0260

*Attorneys for Orenco Defendants*

DEFENDANTS ORENCO SYSTEMS,
INC. AND HAROLD L. BALL'S NOTICE
OF APPEARANCE - 2
CASE NO. 3:24-CV-05583 BHS

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on August 22, 2024 and was served via the Court's CM/ECF system on all counsel of record.

DATED this August 22, 2024.

/s/ R. Omar Riojas
R. Omar Riojas, WSBA No. 35400

DEFENDANTS ORENCO SYSTEMS,
INC. AND HAROLD L. BALL'S NOTICE
OF APPEARANCE - 3
CASE NO. 3:24-CV-05583 BHS

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260