**THE HONORABLE BENJAMIN H. SETTLE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRIZZLY GENERAL CONTRACTORS, CORP. (dba, GRIZZLY SEPTIC SERVICES), a Washington State Corporation; and WILLIAM and STEPHANIE GONZALES, Washington State residents and a marital community; and JOHN DOES AND JANE DOES 1-50,<br><br>Plaintiffs,<br><br>v.<br><br>KITSAP PUBLIC HEALTH DISTRICT, a Washington State accredited public health agency, ONLINE RME, LLC, a Washington State and Oregon State Limited Liability Company, E-ONSITE, LLC, a Washington State Limited Liability Company, ORENCO SYSTEMS, INC., an Oregon for Profit Corporation and co-owner of Online RME, LLC ERIC EVANS, individually and his marital community, Washington State residents and co-owners of Online RME, LLC and Eonsite, LLC, EDWIN NORTH, individually and his marital community, Washington State residents and co-owners of Online RME, LLC and Eonsite, LLC, MIKE HARMON, individually and his marital community, Washington State residents and co-owners of Online RME, LLC, HAROLD L. BALL, individually and his marital community, Oregon residents and co-owner of Orenco Systems, Inc. and JOHN DOES and JANE DOES 1-50,<br>Defendants. | CASE NO. 3:24-cv-05583 BHS<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS ORENCO SYSTEMS, INC. AND HAROLD L. BALL'S DEADLINES**<br><br>**NOTE FOR MOTION CALENDAR:**<br>**Wednesday, September 4, 2024** |

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINES - 1
CASE NO. 3:24-CV-05583 BHS

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

Pursuant to Local Civil Rule 7(j) and 10(g), plaintiffs Grizzly General Contractors, Corp. and William and Stephanie Gonzales (collectively, "Plaintiffs") and defendants Orenco Systems, Inc. ("Orenco") and Harold L. Ball, individually and his marital community ("Ball") (collectively, "Orenco Defendants"), by and through their respective attorneys, hereby stipulate and respectfully request that the Court extend the time for the Orenco Defendants to respond to Plaintiff's Petition for Declaratory Judgment, Injunctive Relief and Complaint for Damages ("Complaint") (Dkt. #1) to October 10, 2024.  The parties have conferred and agreed to extend the Orenco Defendants' deadline to respond to the Complaint for the following reasons:

1.  Plaintiffs filed their complaint on July 18, 2024.  (Dkt. #1).  Orenco was served with the Complaint on August 15, 2024, making its response deadline September 5, 2024.  Ball was purportedly served with the Complaint on August 20, 2024, making his response deadline September 10, 2024.

2.  The Orenco Defendants retained the undersigned counsel who filed a Notice of Appearance on August 22, 2024. (Dkt. #19).  That same day, counsel for the Orenco Defendants contacted Plaintiffs' counsel requesting an extension of time to October 10, 2024 to respond to the Complaint, explaining that counsel of the Orenco Defendants separately would be out of the office between August 26, 2024 through August 30, and  out of the country for a pre-planned vacation September 5, 2024 through September 20, 2024 and therefore would not be able to respond to the Complaint on the current deadlines of September 5 and September 10, 2024.  Counsel for the Orenco Defendants also filed a Notice of Unavailability.  (Dkt. #21).

3.  On September 3, 2024, Plaintiffs' counsel agreed to extend the Orenco Defendants' deadline to respond to the Complaint to October 10, 2024.  The Orenco Defendants have not previously sought any extension of time.

THEREFORE, for the reasons stated above, the parties request that the Court enter an Order allowing the Orenco Defendants to file their response to the Complaint on October 10, 2024.

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINES - 2
CASE NO. 3:24-CV-05583 BHS

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1    RESPECTFULLY SUBMITTED this September 5, 2024.

| **CHUNG, MALHAS & MANTE, PLLC** | **GOLDFARB & HUCK ROTH RIOJAS, PLLC** |
|---|---|
| */s/ Edward C. Chung* | */s/ R. Omar Riojas* |
| Edward C. Chung, WSBA No. 34292 | R. Omar Riojas, WSBA No. 35400 |
| (Echung@cmmlawfirm.com) | (riojas@goldfarb-huck.com) |
| | |
| 1037 NE 65th Street, Suite #80171 | */s/ Kimberlee L. Gunning* |
| Seattle, Washington 98119 | Kimberlee L Gunning, WSBA No. 35366 |
| Phone: (206) 264-8999 | (gunning@goldfarb-huck.com) |
| | |
| *Attorneys for Plaintiffs* | 925 Fourth Avenue, Suite 3950 |
| | Seattle, Washington 98104 |
| | Telephone: (206) 452-0260 |
| | |
| | *Attorneys for Defendants Orenco Systems, Inc. and Harold L. Ball* |

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINES - 3
CASE NO. 3:24-CV-05583 BHS

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

# [PROPOSED] ORDER

**IT IS SO ORDERED** this 5th day of September, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/ R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400

*/s/ Kimberlee L. Gunning*
Kimberlee L. Gunning

925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062
E-mail: riojas@goldfarb-huck.com
          gunning@goldfarb-huck.com

*Attorneys for Defendant Orenco Systems, Inc. and Harold Ball*


**CHUNG, MALHAS & MANTE, PLLC**

*/s/ Edward C. Chung*
Edward C. Chung, WSBA No. 34292

1037 NE 65th Street, Suite #80171
Seattle, WA 98119
Telephone: (206) 264-8999
E-mail: echung@cmmlawfirm.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINES - 4
CASE NO. 3:24-CV-05583 BHS

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on September 5, 2024 and was served via the Court's CM/ECF system on all counsel of record.

DATED this September 5, 2024.

/s/ *Kimberlee L. Gunning*
Kimberlee L. Gunning, WSBA No. 35366

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINES - 5
CASE NO. 3:24-CV-05583 BHS

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260