# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRIZZLY GENERAL CONTRACTORS CORP. et. al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KITSAP PUBLIC HEALTH DISTRICT, et. al.,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO.  C24-5583 BHS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Grizzly plainly lacks standing. It is hereby **ORDERED** that defendants' motions to dismiss, Dkts. 22 and 23, are **GRANTED.** The Court dismisses this case **without prejudice and without leave to amend**.

This case is closed.

Dated this 13th day of January, 2025.

                Ravi Subramanian
                Clerk

                *s/Mike Williams*
                Deputy Clerk