UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRIZZLY GENERAL CONTRACTORS CORP. et. al., | CASE NO. CV24-5583 |
| Plaintiff, | ORDER |
| v. | |
| KITSAP PUBLIC HEALTH DISTRICT, et. al., | |
| Defendant. | |

THIS MATTER is before the Court on plaintiffs' motion for reconsideration, Dkt. 43, of the Court's order, Dkt. 41, granting defendants' motions to dismiss, Dkts. 22, 23.

The Court cannot grant a motion for reconsideration unless the opposing party has an opportunity to respond. Local Civil Rule 7(h). The Court therefore requests defendants to respond to the plaintiffs' motion within 14 days of this order. The Court will not entertain a reply. The motion is RE-NOTED for February 18, 2025.

**IT IS SO ORDERED**.

//

//

ORDER - 1

1       Dated this 3rd day of February, 2025.

2

3

                             BENJAMIN H. SETTLE

4                              United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2